UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL N. TORRES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-369-D-RN** |
| DUKE ENERGY | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss plaintiff's complaint [D.E. 12], DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 5], and DISMISSES as moot plaintiff's motion for entry of default [D.E. 9].

**This Judgment Filed and Entered on February 21, 2023, and Copies To:**

Nathaniel N. Torres (via CM/ECF electronic notification)

Michael J. Crook (via CM/ECF electronic notification)

DATE: February 21, 2023    PETER A. MOORE, JR., CLERK

(By) *Stephanie Mann*

Deputy Clerk